MEREDITH v. STATE. (No. 4940.)

(Court of Criminal Appeals of Texas. March 13, 1918.)

Appeal from District Court, Caldwell County; M. C. Jeffrey, Judge.

Joe Meredith was convicted of burglary, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary and awarded two years' confinement in the penitentiary.

The record is before us without a statement of facts. There are some exceptions to the court's charge, as well as to the refusal of special instructions. There are no bills of exception, and the evidence is not before us. In the absence of bills of exception and statement of facts, we find nothing of importance to review.

The judgment will be affirmed.

---

CHAMBERS v. STATE. (No. 4950.)

(Court of Criminal Appeals of Texas. March 20, 1918.)

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Will Chambers was convicted of robbery, and appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of robbery; his punishment being assessed at five years' confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. There is nothing presented in the record which requires a revision.

The judgment, therefore, will be affirmed.

PRENDERGAST, J., absent.